**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAMES GREINER,

      Plaintiff - Appellant,

v.

DEMOCRATIC NATIONAL
COMMITTEE; REPUBLICAN
NATIONAL COMMITTEE,

      Defendants - Appellees.

No. 24-2948

D.C. No. 2:24-cv-00092-TOR

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of Washington
Thomas O. Rice, District Judge, Presiding

Submitted October 15, 2025[**]

Before:    FRIEDLAND, MILLER, and SANCHEZ, Circuit Judges.

James Greiner appeals pro se from the district court's judgment dismissing

his action alleging various federal claims. We have jurisdiction under 28 U.S.C.

§ 1291. We review de novo a dismissal for lack of subject matter jurisdiction under

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Federal Rule of Civil Procedure 12(b)(1). *Meland v. Weber*, 2 F.4th 838, 843 (9th Cir. 2021). We affirm.

The district court properly dismissed Greiner's action for lack of subject matter jurisdiction because Greiner failed to allege facts sufficient to demonstrate Article III standing. *See Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560-61 (1992) (setting forth elements of Article III standing).

The district court did not abuse its discretion in dismissing the action without leave to amend because amendment would have been futile. *See Cervantes v. Countrywide Home Loans, Inc.*, 656 F.3d 1034, 1041 (9th Cir. 2011) (setting forth standard of review and explaining that dismissal without leave to amend is proper when amendment would be futile).

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

Greiner's request to consider the case without oral argument, set forth in the reply brief, is granted. All other pending motions and requests are denied.

**AFFIRMED.**